IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROGER D. MAY                                                                                    PLAINTIFF

vs.                                    Civil No. 4:08-cv-04112

MICHAEL J. ASTRUE                                                                       DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 8th day of January 2010, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE